914

No. 73–6254.  FAULKNER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6268.  BACCARI ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–6276.  SWEENEY v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 73–6279.  DAY v. WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 73–6282.  WINDHAM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6286.′  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–6287.  BATTEN v. VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 73–6288.  WALKER v. UNITED STATES; and
No. 73–6356.  HOLLAND v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–6312.  DICKSON v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–6314.  BUTLER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–6351.  MOORE ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–6359.  GARRETT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.